# EXHIBIT C

JVR No. 109368, 1992 WL 519758 (Ind.Cir.) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West

Indiana Circuit Court, Thirty-fourth Judicial Circuit, Elkhart County.

GUERRA v. HINZ

20C01-9103-CT-022
DATE OF SETTLEMENT: November, 1992

TOPIC:

LIABILITY:

General: OPPOSITE DIRECTIONS

Specific: Defendant turning left

**SUMMARY**
**Outcome: Settlement**
**Non Verdict Award: $137,500**
**Total Verdict: $137,500**
**Claimed Past Medical: $6993**
**Claimed Past Wage Expense: $1500**

**EXPERT-WITNESSES:**
**ATTORNEY:**

JUDGE:

RANGE AMOUNT: $100,000-199,999

STATE: Indiana
COUNTY: Elkhart

**PRIMARY INJURY: Ankle Fracture**

**SUMMARY**
**SETTLEMENT TIME:**
**PLAINTIFF:**
Sex: Female

Age: 17

General Occupation: STUDENT

**DECEDENT:**
**DEFENDANT:**
Type: Single Individual

Sex: P

**DAMAGES:**
Other: $137,500

Total: $137,500

**FACTS:**
A 17-year-old female part-time clerk and student suffered a left ankle fracture when the vehicle in which the plaintiff was a passenger was struck by the defendant's vehicle as the defendant attempted to make a left-hand turn directly in front of the path of the host vehicle.

Jury Verdict Research
COURT: Circuit

---

**End of Document**                                              © 2023 Thomson Reuters. No claim to original U.S. Government Works.

JVR No. 393628, 2001 WL 1782262 (Unknown State Ct. (Ind.)) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West

Unknown Indiana State Ct.

EVANS v. LE JARDIN CONDOMINIUMS

45D01-9903-CT-0216
DATE OF INCIDENT: January, 1998
DATE OF TRIAL: August, 2001

TOPIC:

LIABILITY:

General: PREMISES LIABILITY

Specific: Fall At Condominium Complex

**SUMMARY**
**Outcome: Plaintiff Verdict**
**Total Verdict: $100,000**
**Claimed Past Medical: $1739**

**EXPERT-WITNESSES:**
**ATTORNEY:**
Plaintiff: Barry D. Sherman, Hammond, IN
Defendant: Julie R. Hubly, Hammond, IN

RANGE AMOUNT: $100,000-199,999

STATE: Indiana
COUNTY: Lake

**PRIMARY INJURY: Ankle Fracture**

**PERMANENT PAIN: Ankle**

**BODILY IMPAIRMENT: Ankle**

**SUMMARY**
**PLAINTIFF:**
Sex: Female

Age: 35

General Occupation: NURSE

**DECEDENT:**
**DEFENDANT:**

Type: Single Organization

Sex: Organization

**DAMAGES:**
Other: $100,000

Total: $100,000

**DEFENDANT ADMITTED LIABILITY: Yes**

**FACTS:**
A 35-year-old female nurse suffered an ankle fracture when she slipped and fell on icy steps while visiting a patient at the defendant condominium complex. The plaintiff contended that the defendant failed to maintain the premises in a safe condition and failed to remedy or warn of the known dangerous condition. The defendant admitted liability but contended that the plaintiff's injury had fully healed.

Jury Verdict Research
COURT:

---

End of Document                                                                                                    © 2023 Thomson Reuters. No claim to original U.S. Government Works.

JVR No. 450366, 2005 WL 5153681 (Unknown State Ct. (Ind.)) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West
Unknown Indiana State Ct.

BENDER v. ALLEN &; DAVIS LLC; STATE THEATRE INC.; WATSEKA THEATRE CORP.; ALLEN

71D07-0409-PL-00398
DATE OF INCIDENT: September, 2002
DATE OF FILING: September, 2004
DATE OF TRIAL: September, 2005

TOPIC:

LIABILITY:

General: PREMISES LIABILITY

Specific: Fall At Theater

**SUMMARY**
**Outcome: Plaintiff Verdict**
**Non Verdict Award:**
**Total Verdict: $110,000**
**Judge Reduced Award To:**
**Claimed Past Medical:**
**Claimed Future Medical:**
**Claimed Past Wage Expense:**
**Claimed Future Wage Expense:**
Plaintiff's Economist:

Defendant's Economist:

**EXPERT-WITNESSES:**
**ATTORNEY:**
Plaintiff: Thomas Tokar, Elkhart, IN
Defendant: Martin J. Gardner, South Bend, IN

RANGE AMOUNT: $100,000 - 199,999

STATE: Indiana
COUNTY: St. Joseph

**PRIMARY INJURY: Ankle Fracture**

**SUMMARY**
**PLAINTIFF:**
Sex: Male

Age: An adult of undetermined age.

**DECEDENT:**
Funeral Expense:

Other Expenses:

**DEFENDANT:**
Type: Individual / Organization

Sex: Organization

Policy Limit:

**DAMAGES:**
Past Medical:

Future Medical:

Past Wage:

Future Wage:

Pain and Suffering: $110,000

Other:

Total: $110,000

Punitive:

Hedonic:

Property:

Other:

Interest:

Loss of Services:

**DEFENDANT CONTENDED PLAINTIFF ASSUMED RISK: Yes**

**FACTS:**
A male suffered a trimalleolar ankle fracture when he slipped on a substance and fell down several stairs at the defendant theater, owned by the remaining defendants, where he was a patron. The plaintiff contended that the defendants failed to routinely inspect and properly maintain the premises, failed to ensure an area that was frequented by customers was free of hazards, failed

to remove the substance in a timely manner, failed to adequately light the staircase, and failed to remedy or warn of a known dangerous condition. The defendants denied liability and contended that the plaintiff failed to use due care for his own safety.

Jury Verdict Research
COURT:

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

JVR No. 1609220036, 2016 WL 5341355 (N.D.Ind.) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West
United States District Court, N.D. Indiana.

METROS v. SPEEDWAY

2:12CV00479
DATE OF INCIDENT: October 20, 2010
DATE OF FILING: October 16, 2012
DATE OF TRIAL/SETTLEMENT: February 24, 2016

TOPIC:

LIABILITY:

General: Premises

Specific: Fall: Service Station

**SUMMARY**
**Outcome: Plaintiff Verdict**
**Total: $196,139**
**Judge Reduced Award To: $147,104**
HIGH AMOUNT: $0

LOW AMOUNT: $0

**Related Court Documents:**
Pretrial order: 2016 WL 4679464

Verdict form: 2016 WL 4679323

Judgment: 2016 WL 4679333

**EXPERT-WITNESSES:**
**ATTORNEY:**
Plaintiff: John M. Kopack, Kopack & Associates, Merrillville, IN
Defendant: Matthew R. King, Frost Brown Todd L.L.C., Indianapolis, IN
Defendant: Thomas L. Davis, Frost Brown Todd L.L.C., Indianapolis, IN

JUDGE: Andrew P. Rodovich

RANGE AMOUNT: $100,000 - 199,999

STATE: Indiana
COUNTY: Not Applicable

**PRIMARY INJURY: Fracture of One Ankle**
General Emotional Distress: Overall

**SUMMARY**
**PLAINTIFF:**
Sex: F

Age: Adult

**DEFENDANT:**
Sex: O

Organization Type: Speedway L.L.C.

**DAMAGES:**
Compensatory Pain & Suffering: $196,139

Total Compensatory Award: $196,139

Punitive Damages: $0

Hedonic Damages: $0

Property Damages: $0

Interest: $0

Other Damages: $0

Loss of Services: $0

Claimed Past Medical: $7,116

Defendant Contended Plaintiff Assumed Risk: Yes

Comparative Negligence Percentage: 25

**FACTS:**
Jessica Metros, an adult female, reportedly suffered a permanent injury right ankle fracture and emotional distress when, while she was an invitee to a real property gas station owned and/or controlled by defendant Speedway L.L.C., she tripped and fell on a hole/uneven pavement area. The plaintiff claimed that the defendant's negligence, specifically failing to maintain the property in a reasonable safe condition, failing to remedy existing unsafe conditions and failing to warn invitees of the existing unreasonable danger, caused her fall and her resulting damages. The defendant denied any negligence or liability and concluded that the plaintiff's own negligence had caused her fall.

Jury Verdict Research
COURT: USDC

---

**End of Document**                                   © 2023 Thomson Reuters. No claim to original U.S. Government Works.

JVR No. 146251, 1994 WL 781091 (Ind.Cir.) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West
Indiana Circuit Court, Nineteenth Judicial Circuit, Marion County.

SILVA v. PETRO TRUCK STOP

N/A
DATE OF INCIDENT: February, 1992

TOPIC:

LIABILITY:

General: PREMISES LIABILITY

Specific: Fall at parking lot

**SUMMARY**
**Outcome: Settlement**
**Non Verdict Award: $90,000**
**Total Verdict: $90,000**
**Claimed Past Medical: $16,191**

**EXPERT-WITNESSES:**
**ATTORNEY:**

JUDGE:

RANGE AMOUNT: $50,000-99,999

STATE: Indiana
COUNTY: Marion

**PRIMARY INJURY: Ankle Fracture**

**INTERNAL FIXATION: Yes**

**SUMMARY**
**SETTLEMENT TIME: Before Filing**
**PLAINTIFF:**
Sex: Male

General Occupation: GENERAL LABORER

Occupational Field: TRANSPORTATION-TRUCKING AND WAREHOUSING

**DECEDENT:**
**DEFENDANT:**
Type: Single Organization

Sex: Organization

Organization Type: Retail-Fuel

Insurance: Fireman's Fund

**DAMAGES:**
Other: $90,000

Total: $90,000

**FACTS:**
A male truck driver suffered a fractured left ankle, requiring open reduction and internal fixation, when he slipped and fell on ice at the parking lot of the defendant truck stop. The plaintiff contended that the defendant negligently failed to clean the ice from the path leading to the restaurant. The defendant contended that the parking lot had been plowed of snow and that the path to the restaurant had been salted.

Jury Verdict Research
COURT: Circuit

---

End of Document                                        © 2023 Thomson Reuters. No claim to original U.S. Government Works.

JVR No. 445012, 2005 WL 4034884 (Unknown State Ct. (Ind.)) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West
Unknown Indiana State Ct.

FRIESZ v. STEELE; FTC WASHINGTON SQUARE CORP. D / B / A MCDONALD'S

49D04-0206-CT-1031
DATE OF INCIDENT: June, 2000
DATE OF FILING: June, 2002
DATE OF TRIAL: July, 2005

TOPIC:

LIABILITY:

General: PREMISES LIABILITY

Specific: Fall At Restaurant

**SUMMARY**
**Outcome: Plaintiff Verdict**
**Non Verdict Award:**
**Total Verdict: $145,000**
**Judge Reduced Award To:**
**Claimed Past Medical:**
**Claimed Future Medical:**
**Claimed Past Wage Expense:**
**Claimed Future Wage Expense:**
Plaintiff's Economist:

Defendant's Economist:

**EXPERT-WITNESSES:**
**ATTORNEY:**
Plaintiff: E. Davis Coots, Carmel, IN
Defendant: Michael W. Phelps, Indianapolis, IN

RANGE AMOUNT: $100,000 - 199,999

STATE: Indiana
COUNTY: Marion

**PRIMARY INJURY: Ankle Fracture**

**SUMMARY**
**PLAINTIFF:**
Sex: Male

Age: 35

**DECEDENT:**
Funeral Expense:

Other Expenses:

**DEFENDANT:**
Type: Single Organization

Sex: Organization

Occupational Field: RETAIL-RESTAURANTS

Policy Limit:

**DAMAGES:**
Past Medical:

Future Medical:

Past Wage:

Future Wage:

Pain and Suffering: $120,000

Other:

Total: $120,000

Punitive:

Hedonic:

Property:

Other:

Interest:

Loss of Services: $25,000

Loss of Services By: Spouse

**FACTS:**

A 35-year-old male suffered a fracture to his left ankle when he tripped and fell on an unfastened drain hole cover in the restroom of the codefendant's restaurant, managed and maintained by the male defendant, where the plaintiff was a patron. The plaintiff contended that the defendants failed to properly train and supervise their employees, failed to routinely inspect and properly maintain their premises, failed to ensure that an area frequented by patrons was free of obstructions, and failed to remedy or warn of a known hazardous condition. The defendants denied liability and contended that the plaintiff failed to use due care for his own safety and that his own negligence was the proximate cause of his injuries. The defendants further contended that the plaintiff failed to mitigate his damages. The plaintiff's spouse filed a claim for the loss of services and received an award.

Jury Verdict Research
COURT:

End of Document

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

JVR No. 126654, 1992 WL 606436 (Ind.Cir.) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West

Indiana Circuit Court, Fifty-sixth Judicial Circuit, Huntington County.

RHOADES v. POOR JACK, INC.; OLD SETTLERS' DAY ASSOCIATION, INC.

35CO1-9012-CP-00570
DATE OF INCIDENT: July, 1988
DATE OF FILING: December, 1990
DATE OF TRIAL: February, 1992

TOPIC:

LIABILITY:

General: PREMISES LIABILITY

Specific: Fall on sidewalk

**SUMMARY**
**Outcome: Plaintiff Verdict**
**Non Verdict Award: $186,000**
**Total Verdict: $186,000**
**Final Demand: $120,000**
**Final Offer: $30,000**
**Claimed Past Medical: $9160**
**Claimed Past Wage Expense: $49,171**

**EXPERT-WITNESSES:**
**ATTORNEY:**

JUDGE:

RANGE AMOUNT: $100,000-199,999

STATE: Indiana
COUNTY: Huntington

**PRIMARY INJURY: Ankle Fracture**

**SUMMARY**
**PLAINTIFF:**
Sex: Female

Age: 54

General Occupation: GENERAL LABORER

**DECEDENT:**

**DEFENDANT:**

Type: Multiple Organizations

Sex: Organization

Organization Type: Services-Amusement and Recreation

Insurance: T.H.E. Insurance Co.

Policy Limit: $1,000,000

**DAMAGES:**
Other: $186,000

Total: $186,000

**COMPARATIVE NEGLIGENCE PERCENTAGE: 49%**

**FACTS:**
A 54-year-old female food server suffered a trimalleolar fracture and dislocation of the right ankle when she became tangled in cables strung by the defendant carnival. The plaintiff contended that the defendant failed to warn of the cables strung along a sidewalk but admitted partial negligence. The plaintiff maintained that a walkover would have been practical and useful. The defendant contended that a walkover was not practical. The plaintiff was found 49 percent negligent, and the award was reduced to $94,860.

Jury Verdict Research
COURT: Circuit

---

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

JVR No. 103840, 1992 WL 503695 (Ind.Super.) (Verdict and Settlement Summary)

Copyright (c) 2019 Thomson Reuters/West

Superior Court of Indiana, Porter County.

DECKINGA v. ARCTIC ENGINEERING

64D01-8901-CP-60-B
DATE OF FILING: January, 1989

TOPIC:

LIABILITY:

General: BUSINESS NEGLIGENCE

Specific: Storage of materials

**SUMMARY**
**Outcome: Settlement**
**Non Verdict Award: $225,000**
**Total Verdict: $225,000**
**Claimed Past Medical: $65,681**
**Claimed Past Wage Expense: $33,254**

**EXPERT-WITNESSES:**
**ATTORNEY:**

JUDGE:

RANGE AMOUNT: $200,000-499,999

STATE: Indiana
COUNTY: Porter

**PRIMARY INJURY: Ankle Fracture**

**SUMMARY**
**SETTLEMENT TIME:**
**PLAINTIFF:**
Sex: Male

**DECEDENT:**
**DEFENDANT:**
Type: Single Organization

Sex: Organization

Organization Type: Services-Engineering

Insurance: General Accident

Policy Limit: $500,000

**DAMAGES:**
Other: $225,000

Total: $225,000

**FACTS:**
A male suffered a chip fracture of the ankle and soft tissue injuries to the right heel when a 1,200 pound boiler plate section, which had been left by the defendant, fell on him. The plaintiff arrived at a school to collect a garbage dumpster and when he walked to the rear of his truck, a plate fell and struck his leg. The plaintiff contended that the defendant was negligent for stacking the plates without properly securing them. The defendant contended that the plaintiff was aware of the boiler plate sections and that it was not necessary for him to come close to them to perform his job. The defendant further contended that the plaintiff must have caused the sections to fall. The plaintiff previously settled with the school where the accident took place for $50,000.

Jury Verdict Research
COURT: Superior

---

End of Document                                         © 2023 Thomson Reuters. No claim to original U.S. Government Works.