IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL GIBSON and PATRICIA GIBSON, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> SUMMIT TREESTANDS, LLC, ) <br> THE OUTDOORSMAN, INC. d/b/a THE ) <br> OUTDOORSMAN SPORT SHOP and ) <br> DICK'S SPORTING GOODS, INC., ) <br> ) <br> Defendants. ) <br> _____) | Cause No.: 1:23-cv-01317-JRS-TAB |

## DEFENDANTS' PRELIMINARY WITNESS AND TRIAL EXHIBIT LIST

COME NOW the Defendants, identified in the Complaint as Summit Treestands, LLC, and Dick's Sporting Goods, Inc. (collectively, "Defendants"), without conceding the admissibility of and expressly reserving its right to object to the admissibility of any such evidence, and submit the following **Preliminary Witness and Exhibit List** that they may utilize at the trial of this case.

As to Defendants' Witnesses, Defendants hereby identify the following persons:

1. Paul Gibson, Plaintiff, c/o Plaintiff's attorney, Wilson Kehoe Winingham, 2859 N. Meridian St., Indianapolis, Indiana 46208.

2. Patricia Gibson, Plaintiff, c/o Plaintiff's attorney, Wilson Kehoe Winingham, 2859 N. Meridian St., Indianapolis, Indiana 46208.

3. Kevin Lewis Connolly, Jr.
   96 Mission Terrace Drive
   Whiteland IN 46184

4. Patricia Connolly
   96 Mission Terrace Drive
   Whiteland IN 46184

5. Sergeant Major Benham
Camp Atterbury Military Base
Edinburgh Indiana 46124

6. Any and all employees, representatives, agents, servants, officers, former employees, and records custodians of Johnson County EMS personnel, including those who assisted and that treated Plaintiff Paul Gibson on the day of the incident.

7. Any and all employees, representatives, agents, servants, officers, former employees, and records custodians of Summit Treestands, LLC, c/o Barry Sutton, Esq., 220 Park Street, Suite 200, Birmingham MI 48009, including but not limited to:

 a. Ronald Woller, and

 b. Jake Nelson

8. Any and all employees, representatives, agents, servants, officers, former employees, and records custodians of the Treestand Manufacturers Association, P.O. Box 15214, Hattiesburg, MS 39404.

9. Any and all employees, representatives, agents, servants, officers, former employees, and records custodians of Scientific Testing Laboratories, 2703 Weller Ave., Baton Rouge, LA 70805.

10. Any and all employees, representatives, agents, servants, officers, former employees, and records custodians of MACTEC, Inc., 1105 Lakewood Parkway Suite 300, Alpharetta GA 30009.

11. Lorne ("LJ") Smith, Jr. of Smith Investigation & Support Services, LLC, c/o Barry Sutton, Esq., 220 Park Street, Suite 200, Birmingham MI 48009.

12. George M. Saunders, Jr., P.E. of Beacon Scientific, LLC, c/o Barry Sutton, Esq., 220 Park Street, Suite 200, Birmingham MI 48009.

CLARKHILL\36363\465153\274239794.v1-10/27/23

13. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Ninevh Fire Department, 844 E. 775 S., Nineveh, Indiana 46164.

14. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Seals Ambulance Service, Inc., PO Box 660882, Dallas, Texas 75266.

15. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of IU Health Physicians Orthopedics & Sports Medicine, 1801 N. Senate Blvd., Suite 535, Indianapolis, Indiana 46202, including but not limited to:

   a. Jan P. Szatkowski, MD

16. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of EBI, LLC, 399 Jefferson Road, Parsipany, New Jersey 07054-3707.

17. Any and all agents, employees, former employees, and custodians of records of Kroger Pharmacy 02100118, 1930 E. Main Street, Plainfield, Indianan 46168.

18. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Hendricks Regional Health YMCA, 301 Satori Parkway, Avon, Indiana 46123, including but not limited to:

   a. Mark Booher, MD

19. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Chad Waits, MD, 8244 E. US Hwy, Avon, Indiana 46123, including but not limited to:

   a. Chad Waits, MD

3

4

20. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Stephen Eberwine, MD, 1125 West Jefferson, 1159 Building, Franklin, Indiana 46131, including but not limited to:

    a. Stephen Eberwine, MD

21. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Indiana University Health Methodist Hospital, 1701 N. Senate Avenue, Indianapolis, Indiana 46202, including but not limited to:

    a. Karam Al-Issa, MD

    b. Kelly J. Barbato, PA-C

    c. Shelley Marie Bates, RN

    d. Devon M. Blackburn, NP

    e. Marilyn Bowman, RN

    f. Jordan H. Cuskaden, MD

    g. Peter Damour, MD

    h. Kimberly A. Eckert, NP

    i. Joshua M. Farber, MD

    j. Adam Gehrt, DO

    k. Haley Gould, PT

    l. Lana Guntz, PT, CWS, CLT-LANA

    m. Alok K. Gupta, MD

    n. Mara E. Haber, PT

    o. Alissa M. Hankee, PA-C

    p. Jodie D. Hanson, PA-C

5

q. Danielle V. Hill, MD

r. Michael Hwang, MD

s. Timothy D. Kelly, MD

t. Nicholas A. Koontz, MD

u. Nathan Maertz, MD

v. Kelly H. McDonald, MD

w. Brenna S. Monsef, MD

x. Kelly M. Moring, OT

y. Nicholas J. Nelson, MD

z. Paul Niziolek, MD

aa. Trenton D. Roth, MD

bb. Alan P. Sawchak, MD

cc. Tasneem Siddiqua, MD

dd. Jan P. Szatkowski, MD

ee. Atif Zafar, MD

ff. Gregory G. Westin, MD

22. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Putnam County Hospital, d/b/a Putnam Pediatrics & Internal Medicine, 1542 S. Bloomington Street, Greencastle, Indiana 46135, including but not limited to:

a. Lisa Martin, MD

23. Any and all agents, examiners, treaters, physicians, nurses, employees, former employees, and custodians of records of Sidney & Lois Eskenazi Hospital, 720 Eskenazi Avenue, Indianapolis, Indiana 46202.

24. Any agents, examiners, treaters, physicians, nurses, employees, former employees, and all and custodians of records of Johnson Memorial Hospital, 1125 W. Jefferson Street, Franklin, Indiana 46131, including but not limited to

    a. Stephen F. Eberwine, MD.

25. Any and all employees, representatives, agents, servants, officers, former employees, and records custodians of Indiana Department of Natural Resources, 402 W. Washington Street, Indianapolis, Indiana 46204, including but not limited to:

    a. David L. Moss – IDNR #M4591

    b. Angela Goldman – IDNR #G1457

    c. Patrick T. Malia – IDNR #M6721

    d. Connor Christman – IDNR

    e. Jay Noble – IDNR #N0923

26. Any and all employees, representatives, agents, servants, officers, former employees, and records custodians of Dick's Sporting Goods, Inc., 338 City Center Circle, Plainfield, Indiana 46168.

27. Any and all employees, agents, representatives, servants, officers, former employees, and records custodians of Internal Revenue Service, 575 N. Pennsylvania Street, Indianapolis, Indiana 46204.

CLARKHILL\36363\465153\274239794.v1-10/27/23

28. Any and all employees, agents, representatives, servants, officers, former employees, and records custodians of Indiana Department of Treasury, 200 W. Washington Street, #242, Indianapolis, Indiana 46204.

29. Any and all of Plaintiff's treating doctors from any time whatsoever.

30. Any physicians or healthcare providers that have ever provided medical care to Plaintiff at any time whatsoever and their keepers of records.

31. All physicians examining Plaintiff and their keepers of records.

32. All witnesses identified in depositions.

33. All persons listed in answers to interrogatories.

34. All persons identified in documents produced in response to request for production.

35. All necessary rebuttal witnesses.

36. Defendants reserve the right to call those witnesses listed by the other parties.

37. Defendants reserve the right to call those witnesses identified during discovery.

38. Defendants reserve the right to supplement and amend this list as additional witnesses become known during the course of discovery.

As to its Preliminary Trial Exhibits, Defendants identify the following:

| Exh. No. | Description | Bates Number | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1. | The subject treestand | N/A | | | | |
| 2. | Instruction manual for the subject treestand | | | | | |
| 3. | Instructional DVDs for the subject treestand:<br>(1) 2012 Instructional DVD for Summit Climbers 2011 NBEF "Safe Treestand Hunting Strategies"<br>(2) Treestand Safety: It's Up to You (TSSDVD-2011 Gen version) | 2 original disks | | | | |
| 4. | Instructions manual for the harness co-packaged with the harness that was provided with the treestand. | | | | | |
| 5. | Exemplar treestand including all components | N/A | | | | |
| 6. | Exemplar full body safety harness co-packaged with the subject treestand | N/A | | | | |
| 7. | Inspection video taken by Lorne J. ("LJ") Smith on 08/30/2023 | | | | | |
| 8. | Lorne J. Smith's Curriculum Vitae | N/A | | | | |
| 9. | George M. Saunders, Jr.'s Curriculum Vitae | N/A | | | | |
| 10. | Beacon Scientific Inspection Photographs, taken 08/30/2023 | | | | | |
| 11. | 10/23/12 Scientific Testing Laboratories Testing Report | | | | | |
| 12. | 08/28/12 Member Certification Report (MCR) | | | | | |

| Exh. No. | Description | Bates Number | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 13. | TMS 01 – 6/25/10, Standard Practice for Testing Treetand Loading Capacity | | | | | |
| 14. | TMS 02-98 Rev D – 6/26/09, Standard Practice for Treestand Labels | | | | | |
| 15. | TMS 03 Rev I – 6/25/10, Standard Practice for Treestand Safety Devices | | | | | |
| 16. | TMS 04 Rev I – 09/30/11, Standard Practice for Treestand Instructions | | | | | |
| 17. | TMS 06 Rev G – 11/12/10, Standard Test Method for Treestand Fall Arrest System | | | | | |
| 18. | TMS 09 Rev C – 06/26/09, Standard Practice for Treestand Manufacturer Quality Assurance Program | | | | | |
| 19. | TMS 11-98 Rev D – 11/17/04, Standard Test Method for Treestand Static Load Capacity | | | | | |
| 20. | TMS 12-04 – 11/17/04, Standard Test Method for Treestand Adherence and Static Stability | | | | | |
| 21. | TMS 15-96 Rev C – 12/22/03, Standard Test Method for Repetitive Loading Capability | | | | | |
| 22. | TMS 17 – 11/17/04, Standard Test Method for the Load Capacity of Treestand Seats | | | | | |
| 23. | 2011 ASTM Standards relating to instruction/harness use | | | | | |
| 24. | Exemplar warning labels. | | | | | |
| 25. | Design drawings (CONFIDENTIAL) | | | | | |
| 26. | Any and all diagrams, photographs, or notes of the incident site or scene. | N/A | | | | |
| 27. | Income tax returns of Paul and/or Patricia Gibson. | | | | | |
| 28. | Any and all photographs taken in this matter. | N/A | | | | |

9

| Exh. No. | Description | Bates Number | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 29. | Instructions, videos, DVD's or other materials related in any way to any other treestand, harness, or hunting product ever owned by Paul Gibson. | N/A | | | | |
| 30. | Instructions, videos, DVD's or other materials related in any way to any other treestands and/or harnesses ever owned by Paul Gibson | N/A | | | | |
| 31. | Any and all demonstrative evidence that depicts the climbing stand used at the time of the incident. | N/A | | | | |
| 32. | Any and all demonstrative evidence representing an exemplar climbing stand used at the time of the incident. | N/A | | | | |
| 33. | Any and all reports, diagrams, photographs, records, correspondence or other documents from Indiana Department of Natural Resources relating to Paul Gibson. | N/A [Email & Report received in response to Defendants' request 07/10/2023] | | | | |
| 34. | Any and all medical reports and records relating to Paul Gibson including those of Johnson Memorial Hospital. | N/A | | | | |
| 35. | Any and all medical reports and records relating to Paul Gibson including those of Indiana University Health Methodist Hospital. | N/A | | | | |
| 36. | Any and all medical reports and records relating to Paul Gibson including those of IH Health Physicians Orthopedics & Sports Medicine. | N/A | | | | |
| 37. | Any and all medical reports and records relating to Paul Gibson including those of Mark Booher, MD. | N/A | | | | |
| 38. | Any and all medical reports and records relating to Paul Gibson including those of Chad Waits, MD. | N/A | | | | |
| 39. | Any and all medical reports and records relating to Paul Gibson including those of Stephen Eberwine, MD. | N/A | | | | |

CLARKHILL\36363\465153\274239794.v1-10/27/23

| Exh. No. | Description | Bates Number | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 40. | Any and all medical reports and records relating to Paul Gibson including those of Lisa Martin, MD of Putnam County Hospital d/b/a Putnam Pediatrics & Internal Medicine. | N/A | | | | |
| 41. | Any and all medical reports and records relating to Paul Gibson including those of Johnson County EMS. | N/A | | | | |
| 42. | Any and all reports and records relating to Paul Gibson including those of Nineveh Fire Department. | N/A | | | | |
| 43. | Any and all medical reports and records relating to Paul Gibson including those of Seals Ambulance Service, Inc. | N/A | | | | |
| 44. | Any and all medical reports and records relating to Paul Gibson including those of EBI, LLC. | N/A | | | | |
| 45. | Any and all medical reports and records relating to Paul Gibson including those of Kroger Pharmacy 02100228. | N/A | | | | |
| 46. | Any and all medical reports and records relating to Paul Gibson including those of Sidney & Lois Eskenazi Hospital. | N/A | | | | |
| 47. | Any and all employment records from Paul Gibson's past employers, including but not limited to Indy Elevator, LLC. | N/A | | | | |
| 48. | Any and all employment records from Paul Gibson's past employers, including but not limited to AES Indiana, formerly known as Indiana Power & Light. | N/A | | | | |
| 49. | Any and all tax documents relating to Paul and/or Patricia Gibson, including but not limited to W-s and Federal and Indiana State Tax Returns. | N/A | | | | |
| 50. | Any and all treestands Paul Gibson has ever owned. | N/A | | | | |
| 51. | Any and all safety harnesses Paul Gibson has ever owned. | N/A | | | | |

CLARKHILL\36363\465153\274239794.v1-10/27/23

| Exh. No. | Description | Bates Number | Offered | Objection | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 52. | Any and all documentation pertaining to the specifications of the treestand. | N/A | | | | |
| 53. | Any and all photographs of the scene and the subject tree. | N/A | | | | |
| 54. | Any and all photographs of the subject product. | N/A | | | | |
| 55. | The complete subject treestand and any hunting accessories being used by Paul Gibson at the time of the incident. | N/A | | | | |
| 56. | Exemplar instructions, safety manual and instructional DVD for the subject treestand and safety harness co-packaged with the treestand. | N/A | | | | |
| 57. | The instructional DVD, instruction(s) and/or safety manual(s) for other treestands and/or safety harnesses Paul Gibson ever owned. | N/A | | | | |
| 58. | For purposes of impeachment, we reserve the right to offer any and all pleadings, filed by any party to this action, including all attachments thereto. | N/A | | | | |
| 59. | For purposes of impeachment, we reserve the right to offer any and all discovery responses, filed by any party to this action, including all responsive documents and documents disclosed in discovery. | N/A | | | | |

|  |  |
|---|---|
| Dated: October 27, 2023 | Respectfully submitted, |

CLARK HILL, PLC

*/s/ Barry B. Sutton*
Barry B. Sutton
Steven D. Brock
220 Park Street, Ste. 200
Birmingham, MI  48009
248-988-1811
Fax:  248-530-9177
bsutton@clarkhill.com
sbrock@clarkhill.com


KIGHTLINGER & GRAY, LLP

*/s/ Michael Wroblewski*
Michael Wroblewski
One Indiana Square, Ste. 300
211 North Pennsylvania Street
Indianapolis, IN  46204
317-638-4521
mwroblewski@k-glaw.com

*Attorneys for Defendants, Summit Treestands, LLC and Dick's Sporting Goods, Inc.*

13

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system, on this 27th day of October 2023:

| | |
|---|---|
| Christopher G. Stevenson<br>WILSON KEHOE WININGHAM LLC<br>2859 N. Meridian St.<br>Indianapolis, IN 46208<br>cstevenson@wkw.com<br>*Attorneys for Plaintiffs* | Michael A. Kreppein<br>Philip Rizzo<br>Wilson, Elser, Moskowitz, Edelman<br>& Dicker, LLP<br>233 E. 84th Drive – Park Tower, Ste. 201<br>Merrillville, IN  46410<br>Michael.kreppein@wilsonelser.com<br>Philip.rizzo@wilsonelser.com<br>*Attorneys for The Outdoorsman Inc. d//b/a The Outdoorsman Sport Shop* |

             */s/ Jennifer Howard*
             Jennifer Howard